FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Mary Gonzales Smith, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 09-5198-CW |
| v. | |
| Heritage Ranch Owners Association, | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable Carla M. Woehrle., United States Magistrate Judge. , presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____ Mary Gonzales Smith _____

_____

take nothing; that the action be dismissed on the merits; and that the defendant(s):

_____

_____

_____

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: ___February 26, 2014___          By _____
                                          Relief Magsistrate Deputy Clerk
                                          G. Roberson

At: ___11:30 A.M.___


cc:    Counsel of record

---

CV-44 (11/96)                  JUDGMENT ON THE VERDICT FOR DEFENDANT(S)